JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TREVOR L. RUSIN (CABN 241940)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3695
   Facsimile:  (510) 637-3724
   E-Mail:     Trevor.Rusin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00132 DLJ |
| Plaintiff, ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. ) | |
| ROBERT VINCENT GRIER, ) | |
| Defendant. ) | |

     TO:    The Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court for the Northern District of California:

     Special Assistant United States Attorney Trevor L. Rusin respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ROBERT VINCENT GRIER (PFN: BGS665), whose place of custody and jailor are set forth in the requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled

///

///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ

1 | matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

3 | Dated: March 11, 2009                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            TREVOR L. RUSIN
                                            Special Assistant United States Attorney

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00132 DLJ |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ROBERT VINCENT GRIER, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant ROBERT VINCENT GRIER (PFN: BGS665) before the Hon. Laurel Beeler, United States Magistrate Judge, at 10:00 a.m. on Tuesday, March 23, 2010, or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED: March 17, 2010

_____
HON. EDWARD M. CHEN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ