1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  TREVOR L. RUSIN (CABN 241940)
   Special Assistant United States Attorney

5
   1301 Clay Street, Suite 340-S
6  Oakland, California 94612
   Telephone:  (510) 637-3695
7  Facsimile:  (510) 637-3724
   E-Mail:     Trevor.Rusin@usdoj.gov

8

9  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 10-00132 DLJ
                                       )
14       Plaintiff,                    )   PETITION FOR AND WRIT OF HABEAS
                                       )   CORPUS AD PROSEQUENDUM
15       v.                            )
                                       )
16  ROBERT VINCENT GRIER,              )
                                       )
17       Defendant.                    )
                                       )
18                                     )
                                       )
19

20       TO:    The Honorable Laurel Beeler, United States Magistrate Judge of the United States

21              District Court for the Northern District of California:

22

23       Special Assistant United States Attorney Trevor L. Rusin respectfully requests that this

24  Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ROBERT

25  VINCENT GRIER (PFN: BGS665), whose place of custody and jailor are set forth in the

26  requested Writ, attached hereto.  The prisoner is required as the defendant in the above-entitled

27  ///

28  ///

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ

1 matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

2

3 Dated: March 23, 2009                    Respectfully submitted,

4                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

5

6

7                                          _____/s/_____
                                           TREVOR L. RUSIN
                                           Special Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ

1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11   UNITED STATES OF AMERICA,              )       No. CR 10-00132 DLJ
                                            )
12        Plaintiff,                        )
                                            )
13   v.                                     )       [PROPOSED] ORDER GRANTING
                                            )       PETITION FOR AND WRIT OF HABEAS
                                            )       CORPUS AD PROSEQUENDUM
14   ROBERT VINCENT GRIER,                  )
                                            )
15        Defendant.                        )
                                            )
16                                          )
                                            )
17   _____ )

18        Upon motion of the United States of America, and good cause appearing therefore,

19        IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of

20   Habeas Corpus Ad Prosequendum requiring the production of defendant ROBERT VINCENT

21   GRIER (PFN: BGS665) before the Hon. Laurel Beeler, United States Magistrate Judge, at 10:00

22   a.m. on Monday, March 29, 2010, or as soon thereafter as may be practicable, is granted, and the

23   Writ shall be issued as presented.

24

25   DATED: March 25, 2010

26                                                  HON. LAUREL BEELER
                                                    United States Magistrate Judge

27

28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR 10-00132 DLJ

<u>THE PRESIDENT OF THE UNITED STATES OF AMERICA</u>

TO:   FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies:

<u>GREETINGS</u>

WE COMMAND that on Monday, March 29, 2010, at 10:00 a.m., or as soon thereafter as practicable, you have and produce the body of ROBERT VINCENT GRIER (PFN BGS665), in your custody in the Glen Dyer - North County Jail, or any other institution in the Sheriff's custody, before the United States District Court in and for the Northern District of California, in the Courtroom of the Hon. Laurel Beeler, United States Magistrate, 1301 Clay Street, Oakland, California 94612 on the third floor, in order that ROBERT VINCENT GRIER may then appear for a detention hearing upon the charges heretofore filed against him in the above-entitled Court, and that immediately after said hearing to return him forthwith to said above-mentioned institution or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Hon. Laurel Beeler, United States Magistrate Judge, United States District Court for the Northern District of California.

DATED:  __March 25, 2010__  , ~~2009~~

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


By:      __/s/ Lashanda Scott_____
         DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 10-00132 DLJ